■ ZACHARY DENISCO, an Infant, by His Father and Natural Guardian, CHRISTOPHER DENISCO, Appellant, v CITY OF NEW YORK et al., Defendants, and HUDSON RIVER PARK CONSERVANCY INCORPORATED, Respondent. [765 NYS2d 780] —Order, Supreme Court, New York County (Joan Madden, J.), entered on or about July 12, 2002, which, in an action for personal injuries allegedly caused by a defect in a bicycle path owned or maintained by defendants, denied plaintiff's application to serve a late notice of claim on defendant-respondent, unanimously affirmed, without costs.

The motion court's denial of the application to file a late notice of claim was not an improvident exercise of discretion under the circumstances (*see Matter of Vargas v New York City Hous. Auth.*, 232 AD2d 263 [1996], *lv denied* 89 NY2d 817 [1997]; *Crowell v City of New York*, 228 AD2d 322 [1996]; *compare Matter of Gherardi v City of New York*, 294 AD2d 101 [2002]). Concur—Andrias, J.P., Ellerin, Williams, Lerner and Gonzalez, JJ.